

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00575-CV

Ashley Marie **BARRERA**,
Appellant

v.

Emily Ann **HANNEMANN**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-07587
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

SIGNED October 8, 2025.

_____
Adrián A. Spears II, Justice